AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-CV-120-ER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Stephen Orlando**

was received by me on *(date)*  07/10/2019  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Patricia Orlando
_____ , a person of suitable age and discretion who resides there,
on *(date)*  07/26/2019  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ 50.46  for travel and $ 100  for services, for a total of $ 150.46  .

I declare under penalty of perjury that this information is true.

Date:  07/26/2019

*Server's signature*

Frank Perillo, Process Server

*Printed name and title*

1500 S Columbus Blvd, Philadelphia, PA 19147

*Server's address*

Additional information regarding attempted service, etc:

I served a copy of the complaint, summons and all documents related to on Stephen Orlando. Service was accepted by his wife, Patricia Orlando. Patricia Orlando is middle aged white female, around 5'7 in height with white hair and glasses. Service was completed on 07/26/2019 at 3:19 PM at 114 Rutledge Ave, Rutledge, PA 19070